Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRET & SUSAN HAUETER,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Case no:  2:10-cv-01240-BCW** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of Utah, Plaintiffs' Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated this 24th day of February, 2011.

**TRIGSTED LAW GROUP, P.C.**

_____s/Joshua Trigsted_____
Joshua Trigsted
*Attorney for the Plaintiff*

1

Filed electronically on this 24th day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via email on this 24th day of February, 2011 to:

Mr. Caleb J. Frischknecht

Ray Quinney & Nebecker P.C.

36 South State Street, Suite 1400

Salt Lake City UT 84111

cfrischknecht@rqn.com

By: s/Terri Parrish

    Terri Parrish